JS-6

Peter J. Kennedy (SBN 166606)
pkennedy@reedsmith.com
Tuan Uong (SBN 272447)
tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213 457 8000
Facsimile: 213 457 8080

Attorneys for Defendant
National Resident Matching Program

FILED
CLERK, U.S. DISTRICT COURT

September 14, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OMIDI, M.D.,<br><br>        Plaintiff,<br><br>vs.<br><br>KEVIN SCHUNKE; MEDICAL BOARD OF CALIFORNIA; MARIA SAVOIA; CINDY SLAUGHTER; STEPHEN HAYDEN; REGENTS OF THE UNIVERSITY OF CALIFORNIA AT SAN DIEGO SCHOOL OF MEDICINE; LAURIE CURTIN; NATIONAL RESIDENT MATCHING PROGRAM; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No.: 2:15-cv-06275-SJO-E<br><br>[~~PROPOSED~~] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT<br><br>Compl. Filed:  June 16, 2014<br><br>Honorable S. James Otero |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

On September 11, 2015, Plaintiff Michael Omidi and Defendants National Resident Matching Program and Cindy Slaughter (collectively, the "Parties") submitted a Stipulation to Remand to Los Angeles County Superior Court.

Based on the Parties' stipulation and for good cause shown, this action is hereby remanded back to Los Angeles County Superior Court, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:  September 14 , 2015

_____
Honorable S. James Otero